CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 03 2010

BY: JULIA C. DUDLEY, CLERK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CHARLES A. VINCENT,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security,*<br><br>*Defendant.* | CIVIL ACTION No. 6:09-CV-00016<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the court on consideration of the parties' cross-motions for summary judgment, the Report and Recommendation ("Report") of United States Magistrate Judge Michael F. Urbanski, Plaintiff's objections, and the response to the objections filed by the Commissioner of Social Security ("Commissioner"). As explained in the accompanying memorandum opinion, I have undertaken a *de novo* review of that portion of the Report to which a specific objection was made, and I find that Plaintiff's objections are without merit; that the magistrate judge was correct in finding that the Commissioner's final decision is supported by substantial evidence; and that Plaintiff did not meet his burden of establishing that he was totally disabled from all forms of substantial gainful employment.

Accordingly, it is hereby ORDERED as follows: Plaintiff's objections (docket no. 20) are OVERRULED; the magistrate judge's Report (docket no. 19) is ADOPTED *in toto*; the Commissioner's motion for summary judgment (docket no. 15) is GRANTED; Plaintiff's motion for summary judgment (docket no. 13) is DENIED; and this action is DISMISSED and STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to United States Magistrate Judge Michael F. Urbanski.

It is so ORDERED.

Entered this _3rd_ day of September, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE